**Order entered July 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00483-CV

### IN RE ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL ARREDONDO, DECEASED AND NEXT FRIEND OF MINOR CHILDREN, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07257**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    ERIN A. NOWELL
       JUSTICE